[No. 24447–7–I.   Division One.   November 13, 1990.]

KENTVIEW PROPERTIES, INC., *Appellant*, v. THE CITY OF KENT, *Respondent*.

The opinion in the above captioned case which appeared in the advance sheets at 59 Wn. App. 41–53 has been omitted from this permanent bound volume pursuant to an order of the Court of Appeals dated November 13, 1990, directing that the opinion not be published. See 59 Wn. App. 1072.